IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Kimberly & Delmer Call,**
 **Plaintiffs,**

vs.                  Case No. 18-cv-00298

**Capital One Bank (USA), National Association**
**a.k.a. World's Foremost Bank**
 **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

  This day came the Plaintiffs, Kimberly & Delmer Call by attorney, Benjamin Sheridan, and Klein & Sheridan, LC, and Defendant Capital One Bank (USA), National Association a.k.a. World's Foremost Bank and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss the above action from the docket of this Court.

  Therefore, it is ORDERED and DECREED that the above styled civil action is hereby dismissed WITH PREJUDICE as to Plaintiffs Complaint and stricken from the docket.

4/20/18

Judge Robert C. Chambers

Prepared by:

/s/Benjamin Sheridan_____
Benjamin Sheridan (WV Bar# 11296)
*Counsel for Plaintiff*
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111